IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KALEEL WILSON | : | NO. 07-732-1 |

ORDER

AND NOW, this 21st day of March, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Kaleel Wilson to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. #164) is DENIED; and

(2) no certificate of appealability is issued.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.